IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARION BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-089 |
| | ) | |
| WARDEN ANDREW MCFARLAND; | ) | |
| CAPT. KEELUMN; CERT. SGT. WRIGHT; | ) | |
| SGT. BROWN; SGT. THOMAS; and | ) | |
| TELFAIR STATE PRISON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 6th day of March, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE