# United States District Court
## Southern District of Georgia

MARION BERRY,

Plaintiff,

v.

ANDREW MCFARLAND et al.,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV324-89

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered on March 6, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice and closes this civil action.

March 6, 2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020